## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**DENIS IVAN ORTEZ #27240-081**          **CASE NO.  2:23-CV-00715 SEC P**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**WARDEN F C I OAKDALE II**              **MAGISTRATE JUDGE LEBLANC**

### JUDGMENT OF DISMISSAL

Before the court is a Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2241 by Dennis Ortez, who sought an adjustment of his good conduct time.[1] The Bureau of Prison's Inmate Locator shows that petitioner was released from BOP custody on May 8, 2024. Accordingly, there is no further relief the court can grant him and his petition is now moot. *E.g.*, *Bailey v. Sutherland*, 821 F.2d 277, 278 (5th Cir. 1987) (dismissing a § 2241 petition as moot following petitioner's release where "the thrust of [the] petition is to be released from his confinement"); *Aldaco v. Nash*, 693 F. App'x 336, 337 (5th Cir. 2017) (per curiam) (unpublished) (§ 2241 petition mooted by petitioner's release from BOP custody). It is therefore **ORDERED, ADJUDGED,** and **DECREED** that this petition be **DISMISSED AS MOOT.**

**THUS DONE AND SIGNED** in Chambers on the 9th day of May, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] As noted in the warden's response, the petitioner was not eligible for such credit under the First Step Act because he was serving a sentence for re-entry of a removed alien, a disqualifying offense. 18 U.S.C. § 3632(d)(4)(D).